# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EUGENE P. HOLLOMAN,

        Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC, et al.,

        Defendants.

Case No. 2:16-cv-02484-JCM-NJK

ORDER

       Pending before the Court is a notice of settlement between Plaintiff and Defendant Ocwen Loan Servicing, LLC. Docket No. 6. These parties anticipate filing a stipulation of dismissal with prejudice within 60 days. *Id.* The Court **GRANTS** Plaintiff's request to vacate all pending dates and filing requirements as to Defendant Ocwen Loan Servicing, LLC. The Court **ORDERS** Plaintiff and Defendant Ocwen Loan Servicing, LLC to file a stipulation of dismissal, no later than February 10, 2017.

       IT IS SO ORDERED.

       Dated: December 12, 2016

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge